No. 73–1363. NATIONAL LABOR RELATIONS BOARD *v.* J. WEINGARTEN, INC. C. A. 5th Cir. Certiorari granted and case set for oral argument with No. 73–765, immediately *supra.*

No. 73–1377. TRAIN, ADMINISTRATOR, ENVIRONMENTAL PROTECTION AGENCY *v.* CITY OF NEW YORK ET AL. C. A. D. C. Cir.; and

No. 73–1378. TRAIN, ADMINISTRATOR, ENVIRONMENTAL PROTECTION AGENCY *v.* CAMPAIGN CLEAN WATER, INC. C. A. 4th Cir. Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument.

(See also Nos. 73–6054 and 73–6313.)

No. 73–989. DEMET *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 73–1038. APPALACHIAN POWER CO. ET AL. *v.* ENVIRONMENTAL PROTECTION AGENCY. C. A. D. C. Cir. Certiorari denied.

No. 73–1113. CHICOT LAND CO., INC. *v.* KELLY ET AL. C. A. 5th Cir. Certiorari denied.

No. 73–1134. PBW STOCK EXCHANGE, INC., ET AL. *v.* SECURITIES AND EXCHANGE COMMISSION. C. A. 3d Cir. Certiorari denied.